AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

FILED
AUG 1 6 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States of America
v.

NOLAN BREWER

*Defendant*

)
)
)  Case No.  1:18-mj-0776
)
)
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   NOLAN BREWER                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1:  Conspiracy to Violate Rights, in violation of 18 U.S.C. § 241(a).

Date: 8/16/18

*Issuing officer's signature*

City and state:  Indianapolis, IN

Tim A. Baker, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/16/2018, and the person was arrested on *(date)* 8/15/2018
at *(city and state)* Plainfield, Indiana.

Date: 8/16/2018

*Arresting officer's signature*

Bradley A. Bookwalter Special Agent
*Printed name and title*