UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:18-cr-00286-TWP-DLP |
| | ) | |
| NOLAN BREWER | ) | |
| Defendant. | ) | |

APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record.

I am authorized to practice in this court and I appear in this case as counsel for:

Nolan Brewer

In the capacity of:     CJA Appointed Counsel

/s/ H. Samuel Ansell
Harold Samuel Ansell
Attorney Number 24163-49

156 East Market Street
Suite 900
Indianapolis, IN 46204
Email: attorneyansell@gmail.com
Phone: (317) 381-0371
Fax:    (317) 614-7676

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served by email, via the USDC Electronic Filing System, to the AUSA assigned to this case and all counsel of record at the time of filing.

/s/ H. Samuel Ansell
Harold Samuel Ansell
Attorney for the Defendant